UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Court Judge<br>Sacramento, California | **RE: Gurjot Singh Johl**<br>**Docket Number:  2:14CR00236-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Gurjot Singh Johl is requesting permission to travel to Cabo San Lucas, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On March 27, 2009, Gurjot Singh Johl was sentenced for the offense of 21 USC 841(a)(1), 841(b)(1)(C), and 846 – Attempted Possession of MDMA/Ecstasy with Intent to Distribute.

**Sentence Imposed:**  84 months custody Bureau of Prisons; 4 years Supervised Release; $100 Special Assessment.  Special Conditions:  Correctional treatment, to include testing; Warrantless search; Financial disclosure; Financial restrictions; Employment restrictions.

On September 2, 2014, jurisdiction was transferred from the Western District of Washington to the Eastern District of California.

**Dates and Mode of Travel:**  Mr. Johl plans to travel from March 17 to 22, 2016.  He is awaiting the Court's approval before he purchases his airline ticket and makes hotel reservations.  If approved, he will provide all necessary information.

**Purpose:**  Vacation.

**RE:     Gurjot Singh Johl**
         **Docket Number:  2:14CR00236-01**
         <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*/s/ Kris M. Miura*

Kris M. Miura
United States Probation Officer

Dated:   November 16, 2015
         Elk Grove, California
         KMM/sda

                              */s/ Brenda Barron-Harrell*
**REVIEWED BY:     Brenda Barron-Harrell**
                  **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

**Dated:  November 30, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT