UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Court Judge<br>Sacramento, California | **RE: Gurjot Singh Johl**<br>**Docket Number: 2:14CR00236-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Gurjot Singh Johl is requesting permission to travel to Cabo San Lucas, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 27, 2009, Gurjot Singh Johl was sentenced for the offense of 21 USC 841(a)(1), 841(b)(1)(C), and 846 – Attempted Possession of MDMA/Ecstasy with Intent to Distribute.

**Sentence Imposed:** 84 months custody Bureau of Prisons; 4 years Supervised Release; $100 Special Assessment. Special Conditions: Correctional treatment, to include testing; Warrantless search; Financial disclosure; Financial restrictions; Employment restrictions.

On September 2, 2014, jurisdiction was transferred from the Western District of Washington to the Eastern District of California.

**Dates and Mode of Travel:** The Court had previously approved Mr. Johl's request to travel to Mexico from March 17 to 22, 2016. However, he was unable to obtain his passport in time and is now requesting to travel from April 7 to 12, 2016.

**Purpose:** Vacation.

RE: **Gurjot Singh Johl**
      **Docket Number:  2:14CR00236-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Kris M. Miura*

Kris M. Miura
United States Probation Officer

Dated: March 9, 2016
       Elk Grove, California
       KMM/sda

**REVIEWED BY:**   */s/ Wendy E. Reyes for*
                  **Brenda Barron-Harrell**
                  **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

Dated: March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2