**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **Docket No.:  0972 2:14CR00236-001** |
| Gurjot Singh Johl | ) | |
| | ) | |
| | ) | |

On March 27, 2009, the above-named was sentenced in the Western District of Washington to Supervised Release for a period of 4 years. Supervision commenced on June 2, 2014. On September 2, 2014, jurisdiction was transferred to the Eastern District of California – Sacramento.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Sarah L. Kirk

SARAH L. KIRK
United States Probation Officer

Dated:   June 15, 2016
         Fresno, California
         SLK/rmv

              /s/ Tim D. Mechem
**REVIEWED BY:**   **TIM D. MECHEM**
                   **Supervising United States Probation Officer**

**Re:    Gurjot Singh Johl**
       **Docket No:   0972 2:14CR00236-001**
       **Report and Order Terminating**
       **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Gurjot Singh Johl be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

cc:    AUSA (NAME) - Unassigned
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - Gurjot Singh Johl